United States District Court
Southern District of Texas
**ENTERED**
November 16, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| HOUSTONAUSTIN INVESTMENTS, L.L.C., *Plaintiff,* | § § § | |
| V. | § § | CIVIL ACTION NO. 4:26cv2352 |
| MID-CONTINENT CASUALTY COMPANY, AND ROBERT EDWARD BRYANT, *Defendants.* | § § § § | |

**ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION**

Having reviewed the Magistrate Judge's Memorandum and Recommendation dated October 21, 2026 (Dkt. 22) and the objections thereto (Dkt. 23), the Court is of the opinion that said Memorandum and Recommendation should be adopted by this Court.

It is therefore **ORDERED** that the Magistrate Judge's Memorandum and Recommendation is hereby **ADOPTED** by this Court.

It is therefore **ORDERED** that Plaintiff, Houston Austin Investment, L.L.C.'s Motion to Remand (Dkt. 13) is **GRANTED** and this case is **REMANDED** to the 189th Judicial District Court of Harris County, Texas.

**SIGNED** at Houston, Texas this 16th day of November, 2026.

SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE